# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Subpoenas of Dale Stohr and
MGG Investment Group LP

Dale Stohr and MGG Investment Group LP,
   *Petitioners*,

v.

Aaron Hall, Katherine Glod, and Jeffrey Binder,
on behalf of themselves and all others similarly
situated,
   *Respondents*.

## NOTICE OF MOTION TO QUASH NONPARTY SUBPOENA

PLEASE TAKE NOTICE that Petitioner Dale Stohr and MGG Investment Group LP ("Petitioners"), through their undersigned counsel, will move this Court at a date and time to be determined by the Court, for an entry of order quashing Respondents' subpoena to Dale Stohr and MGG Investment Group LP in the action *Hall et al v. Trivest Partners L.P. et al.*, Case No. 4:22-cv-12473, which is pending in the United States District Court for the Eastern District of Michigan.

Petitioners bring this Motion pursuant to Federal Rules of Civil Procedure 26 and 45. In support of this Motion, Petitioners submit the Memorandum of Law, the Declaration of Ashwini Jayaratnam, Esq. and exhibits annexed thereto, and a Proposed Order.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(a) of the Local Rules for the Southern District of New York, any opposing affidavits and answering memorandum of law shall be served within seven days after service of the moving papers.

Dated: December 9, 2024                Respectfully submitted,

                                       /s/ *Ashwini Jayaratnam*
                                       Ashwini Jayaratnam, Esq.
                                       DARROWEVERETT LLP
                                       450 Seventh Avenue, Suite 1802
                                       New York, NY 10123
                                       T: (212) 335-2090
                                       E: ajayaratnam@darroweverett.com
                                       *Counsel for Petitioners*