

**Ashwini Jayaratnam, Esq.**
ajayaratnam@darroweverett.com

December 19, 2024

*Via ECF*

Honorable Jennifer L. Rochon
United States District Court
500 Pearl Street, Courtroom 20B
New York, NY 10007

Request GRANTED. Petitioners shall file their reply in further support of their Motion to Quash no later than **December 30, 2024.** Petitioners shall file their opposition to Respondents' Motion to Transfer no later than **January 7, 2025**, and Respondents shall file their reply no later than **January 14, 2025.**

DATED: December 20, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  **Stohr, et. al. v. Hall, et. al., Case No. 1:24-mc-00569-JLR**

Dear Judge Rochon:

  DarrowEverett LLP represents Petitioners Dale Stohr and MGG Investment Group LP ("Petitioners") in the above-captioned action. We write pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice to request an extension of the briefing schedule on Petitioners' Motion to Quash and Respondents Aaron Hall's, Katherine Glod's and Jeffrey Binder's ("Respondents") Motion to Transfer.

  On the Motion to Quash, Petitioners seek an extension of their deadline to file their reply papers from December 23, 2024 (Respondents plan to file their opposition today) to **December 30, 2024**. On the Motion to Transfer, Petitioners seek an extension of their deadline to file their opposition papers from December 31, 2024 to **January 7, 2025**. Should the Court grant the extension, Respondents would file their reply papers on the Motion to Transfer by January 14, 2025.

  **Respondents consent to the extended dates set forth above and join in this letter motion**. No previous requests for adjournment or extension have been made in this action.

  We thank the Court for its attention to this matter.

Sincerely,

*Ashwini Jayaratnam*

**Ashwini Jayaratnam**
**Partner**

450 SEVENTH AVENUE, SUITE 1802, NEW YORK, NY 10123  •  (212) 335-2090

MASSACHUSETTS   RHODE ISLAND   NEW YORK   NORTH CAROLINA   SOUTH CAROLINA   FLORIDA